**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-6757**

———————

BARRY MCCORMICK,

Petitioner - Appellant,

versus

JOHN DOE, Warden, FCI Butner; ROBERT MCFADDEN,
Warden, FCI, Jesup, GA,

Respondents - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge. (CA-04-57-5-BO)

———————

Submitted:  October 14, 2004       Decided:  October 19, 2004

———————

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Barry McCormick, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Barry McCormick, a federal prisoner, appeals the district court's orders denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See McCormick v. Doe, No. CA-04-57-5-BO (E.D.N.C. Mar. 25 & Feb. 17, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED